JOSEPH CAPONE, Appellant, v. MATTEO REALTY CORPORATION and Others, Defendants. Accounting of THOMAS F. McGUIRE, Receiver of Rents, etc.; JOSEPH CAPONE, Appellant; THOMAS F. McGUIRE, Receiver, Respondent; VITO

F. Lanza, Respondent; National Surety Company, Respondent.— Motion for resettlement of order of December 23, 1932, denied.   Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.